UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R%%%%%%%OBERT%%% L%%%%EE%% C%%%%LOY%% #195877,

   Plaintiff,         Hon. Phillip J. Green

v.               Case No. 1:21-cv-989

KEEFE COMMISSARY NETWORK LLC,

   Defendants.
_____/

## JUDGMENT

In accordance with the opinion and Order entered in this case:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of the Defendant and against Plaintiff.

**IT IS SO ORDERED**.

Date: October 21, 2022        /s/ Phillip J. Green
                  PHILLIP J. GREEN
                  United States Magistrate Judge